IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CARLA LEWIS,  :

    Plaintiff,

v.  :  Case No. 3:14-cv-81

CAROLYN W. COLVIN, Acting     JUDGE WALTER H. RICE
Secretary of the Social Security
Administration,  :

    Defendant.

---

DECISION AND ENTRY ADOPTING UNITED STATES CHIEF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #17); APPROVING JOINT STIPULATION FOR AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (DOC. #15); DIRECTING DEFENDANT TO PAY PLAINTIFF'S ATTORNEY FEES IN THE AMOUNT OF $4,750.00, AND TO VERIFY WITHIN THIRTY DAYS WHETHER OR NOT PLAINTIFF OWES A PRE-EXISTING DEBT TO THE UNITED STATES SUBJECT TO OFFSET

---

    Based on the reasoning and citations of authority set forth by Chief United States Magistrate Judge Sharon L. Ovington in her April 21, 2015, Report and Recommendations, Doc. #17, as well as upon a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing in its entirety. Although the parties were notified of their right to file Objections to the Report and Recommendations, and of the consequences of failing to do so, no Objections were filed within the time allotted.

The Court APPROVES the Joint Stipulation for Award of Attorney Fees Under the Equal Access to Justice Act ("EAJA"), Doc. #15, and DIRECTS Defendant to pay Plaintiff's attorney fees under 28 U.S.C. § 2412, in the total amount of $4,750.00. Defendant shall also VERIFY, within 30 days of the date of this Decision and Entry, whether or not Plaintiff owes a pre-existing debt to the United States subject to offset. If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's attorney. See Doc. #16.

This case shall remain terminated on the Court's docket.

Date: May 8, 2015

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE